UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON LEVETTE WASHINGTON,

    Plaintiff.

  v.

M. KEEGAN, et al.,

    Defendants.

Case No. 22-cv-03028-SI

**JUDGMENT**

The Court has dismissed plaintiff's complaint with prejudice and without leave to amend. Dkt. No. 30.  Judgment against plaintiff and in favor of defendants is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  March 9, 2023

_____
Honorable Susan Illston
U.S. District Judge