UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>M. KEEGAN, et al.,<br><br>    Defendants. | Case No. 22-cv-03028-SI<br><br>**ORDER DENYING MOTION FOR INJUNCTIVE RELIEF**<br><br>Re: Dkt. No. 35 |

On March 9, 2023, this Court dismissed plaintiff's first amended complaint with prejudice and entered final judgment against plaintiff. Dkt. No. 33 (dismissal); Dkt. No. 34 (judgment). On March 17, 2023, plaintiff filed a motion for injunctive relief. Dkt. No. 35. Because the complaint has been dismissed and judgment has been entered, this case is closed. Plaintiff's motion is therefore **DENIED.**

**IT IS SO ORDERED**.

Dated: March 21, 2023

SUSAN ILLSTON
United States District Judge